**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**


CASSIDY KNIGHT,                       )
                                        )
             Plaintiff,          )
                                          )
       v.                        )      Case No. 24-00261-CV-W-JAM
                                          )
MONSON & SONS, INC. and         )
MICHAEL SCOTT,                )
                                          )
            Defendants.      )

## <u>ORDER</u>

Upon the Stipulation for Dismissal (Doc. 79), it is hereby

ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this

action is dismissed with prejudice.   Each party shall bear its own costs.


                                        /s/ *Jill A. Morris*
                                         JILL A. MORRIS
                    UNITED STATES MAGISTRATE JUDGE